# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.D. *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| COLONIAL SCHOOL DISTRICT, *Defendant* | : : : | No. 20-2354 |

## ORDER

**AND NOW**, this 13th day of May, 2021, upon consideration of the Court's prior Order granting the parties leave to supplement the administrative record (Doc. No. 7), Plaintiffs' Motion for Judgment on the Supplemented Administrative Record (Doc. No. 10), Defendants' Motion for Judgment on the Supplemented Administrative Record (Doc. No. 11), Plaintiffs' Response in Opposition to Defendant's Motion (Doc. No. 12), and oral argument held on April 12, 2021, it is **ORDERED** that:

1. Plaintiffs' Motion (Doc. No. 10) is **GRANTED IN PART**.

2. Defendant's Motion (Doc. No. 11) is **GRANTED IN PART**.

3. Within 21 days of entry of this Order, the parties shall submit supplemental briefing and documentation limited to Plaintiffs' reasonable attorneys' fees and costs as the prevailing party on their Individuals with Disabilities Education Act claim.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1